FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CARL ALONZO BROOKS,

                Plaintiff,

    v.

NATALEY GUALARDO, et al.,

                Defendants.

No.   4:26-CV-5029-EFS

**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION**

By Order filed May 8, 2026, the Court directed Plaintiff, an individual incarcerated at the Stafford Creek Corrections Center in Aberdeen, Washington, to show cause why the Court should grant his application to proceed *in forma pauperis* under 28 U.S.C. § 1915(g).[1] In the alternative, Plaintiff could have paid the $405.00 filing fee ($350.00

---

[1] ECF No. 9.

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 1

statutory filing fee, plus $55.00 administrative fee).[2] His deadline to comply with this Order was May 8, 2025.

Rather than show cause why he is not precluded from proceeding *in forma pauperis,* Plaintiff filed a Motion to Stay, asking the Court to stay these proceedings until August 31, 2026, while he pursues a Personal Restraint Petition in state court and might possibly obtain money to pay the filing fee in full.[3]

Having reviewed Plaintiff's submissions, the Court finds that he has failed to demonstrate that he is eligible to proceed *in forma pauperis* under 28 U.S.C. § 1915(g), or that he was under imminent danger of serious physical injury when he filed his complaint.[4] Therefore, Plaintiff has lost the privilege of filing this lawsuit *in forma pauperis.*

---

[2] *Id.*

[3] ECF No. 10.

[4] *See Andrews v. Cervantes*, 493 F.3d 1047, 1055–56 (9th Cir. 2007).

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS*
AND DISMISSING ACTION -- 2

The Court finds no reason to grant Plaintiff additional time to possibly pay the $405.00 filing fee. Having failed to pay the filing fee, Petitioner may not proceed with this action.

Accordingly, **IT IS HEREBY ORDERED**:

1.      Plaintiff's application to proceed *in forma pauperis*, **ECF No. 2**, is **DENIED.**

2.      Plaintiff's Motion to Stay, **ECF No. 10,** is **DENIED.**

3.      This action is **DISMISSED WITHOUT PREJUDICE** for non-payment of the filing fee as required by 28 U.S.C. § 1914.

4.      The Clerk's Office shall **CLOSE** the file.

5.      The Court certifies any appeal of this dismissal would not be taken in good faith.

IT IS SO ORDERED. The Clerk's Office is directed to file this order, enter judgment, and provide copies to Plaintiff.

DATED this 12th day of May 2026.

_____
EDWARD F. SHEA
Senior United States District Judge

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS*
AND DISMISSING ACTION -- 3