AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2026

SEAN F. McAVOY, CLERK

CARL ALONZO BROOKS,

*Plaintiff*

v.

NATALEY GUALARDO, et al.,

*Defendant*

)
)
)
)
)
)

Civil Action No.   4:26-CV-5029-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED.
Plaintiff's Motion to Stay (ECF No. 10) is DENIED.
This action is DISMISSED WITHOUT PREJUDICE for non-payment of the filing fee as required by 28 U.S.C. § 1914.
The Court certifies any appeal of the dismissal would not be taken in good faith.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   EDWARD F. SHEA

Date:   5/12/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*